COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| LUIS RAUL CAMACHO, | § | No. 08-13-00199-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| JOSEPH D. VASQUEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2011DCV01977) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF OCTOBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.